■ In the Matter of CATTARAUGUS COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of KATRINA M., Respondent, v DOUGLAS K., Appellant. (Appeal No. 1.) [643 NYS2d 463] —Appeal unanimously dismissed without costs (see, Family Ct Act § 1112 [a]; Matter of Department of Social Servs. [Katherine McL.] v Jay W., 105 AD2d 19, 28-29). (Appeal from Order of Cattaraugus County Family Court, Kelley, J.H.O.—Paternity.) Present—Denman, P. J., Green, Wesley, Balio and Boehm, JJ.